UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:20CR00132-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **ORDER TO DISMISS THE INDICTMENT** |
| v. ) | |
| KENNETH REYNARD FRAYLON, JR. ) | |

The Court hereby **GRANTS** leave for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

Signed: November 19, 2021

Max O. Cogburn Jr
United States District Judge